UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**MEHOSHIA L THOMAS**              **CASE NO. 2:20-CV-01129**

**VERSUS**                         **JUDGE JAMES D. CAIN, JR.**

**SERVICE COMPANIES INC**          **MAGISTRATE JUDGE KAY**

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) (Doc. 6) is hereby **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 23rd day of February, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**